FILED

MAR 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Don Alton Harper
Federal Correctional Institution
9595 West Quincy Avenue
Littleton,Colorado
80123

Federal Reg. No. 24496-013

Case: 1:07-cv-00519
Assigned To : Unassigned
Assign. Date : 03/19/2007
Description: HARPER V. US ATTORNEY GENERAL OFFICE

vs.

**US ATTORNEY GENERAL'S OFFICE, U.S.A.,**
Robert S. Streepy, US Asst. Prosecutor,
812 North 7th Street, 4th Floor
Kansas City, Kansas
66101

**COMPLAINT**

Personal and Subject matter Jurisdiction pursuant to Title 18 U.S.C.Secs' 3231, 3332(a), and Federal R. Crim. Proc. Rule 6(E)(3)(C), Because! I Request a charge to wit above name Robert S. Streepy Did violate Title 18 USC § 505, Signature was forged as a judge, facts that he was able to employ modern means by use of photocopying for the purpose of fraudulent intent, Further fact will show that evidence use to convict was insuffi--cient to support conviction by case law of Judge VanBebber, and that it was jury's province to resolve conflicting evidence in Kansas Case No. 93-20069-01, under 18 USCSecs' 2113(a)(d), § 924(c) for Bank Robbery.

(A) Plaintiff gives Attached Sentencing Monitoring Computation Data as of 06-27-2003 pages 001, and 002, that shows the remarks"reflect proper offense codeof 554, and recomputed sentence to correct judges name, also see attached computation data as of 09-22-1994, both titles of judge, and sentence offense code, Question who authorize the change;
(B) Plaintiff also gives attached Amended Motion for New Trial by Vernon E. lewis #7753, Attorney At Law;

RECEIVED

FEB 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Don Alton Harper, Now gives this Honorable Court Jurisdiction over both the the persons and subject matter pursuant to Title 18 USCSecs' 3231, and 3324 (c)., of using falsely made document within jurisdiction of agency of the United States, forging and concurring in use of forged document, and covering up of material facts. 18 USCA § 505, see 714 F.2d 1559, also see Dyer, 546 F.2d 1313, Now see supporting case for evidence was insufficient to support conviction, also see Cowan, F.3d 1360 (10th Cir. 1997),**See Yoakam, 116 F.3d 1346 thur..**

**RELIEF**

**Plaintiff Don Alton Harper,** Request For relief is that US Asst. Prosecutor Robert S. Streepy cannot enjoy the status of immunity "derivative", And A Jury Trial should be had, And Release Me Don Alton Harper from imprisoment by overturning this conviction by order of your Court.

**MAILING ADDRESS**

**Done this Month** February **Day** 14th **2007**

Don Alton Harper
Federal Correctional Institution
9595 West Quincy Avenue
Littleton,Colorado
80123
Federal Reg.No. 24496-013

93 R 1067
please file

FILED
U.S. DISTRICT COURT
FEB 3 3 14 AM '94

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
Plaintiff,

vs. Case No. 93-20069-01

DONALD ALTON HARPER,
Defendant.

RECEIVED
FEB 4 10 49 AM '94
US ATTORNEY'S OFFICE
KANSAS CITY, KANSAS

AMENDED
MOTION FOR NEW TRIAL

COMES NOW the defendant, Donald Alton Harper, by and through his attorney Vernon E. Lewis pursuant to Rule 33, of the Federal Rules of Criminal Procedure and hereby moves the court for an order granting him a new trial. In support of said motion movant alleges as follows:

1. Defendant was found guilty after trial by jury on January 13, 1994.

2. That during the course of trial evidence was presented by witness for the government that they were shown photographs of the defendant with number on the bottom. Upon cross examination those witness specifically indicated that the photograph they were shown was not the driver's license photo admitted into evidence. This gives rise to a reasonable inference that the photos referred to were mug shots, mention of which is not permissible.

3. That reports of all identification procedures conducted by investigating agencies were not provided to counsel prior to trial.

4. That there existed between the defendant and his court appointed counsel differences as to trial conduct and strategy while not individually fatal to the attorney client relationship, had the cumulative effect of providing the defendant with less than reasonable effective counsel.

5. That the verdict returned was contrary to the evidence.

WHEREFORE, movant prays that he be granted a new trial herein.

VERNON E. LEWIS #7753
Attorney at Law
1021 North 7th St., Suite 103
Kansas City, Kansas 66101
(913) 621-1911

CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing Amended Motion for New Trial was mailed postage prepaid this 3rd day of February, 1994 to Mr. Robert S. Streepy, Assistant U.S. Attorney, 812 North 7th St., 4th Floor, Kansas City, KS 66101 and to Mr. Donald Alton Harper #24496-013, CCA-LDC-K105, Leavenworth, Kansas 66048.

VERNON E. LEWIS

```
 ENGNE  540*03 *          SENTENCE MONITORING          *     06-27-2003
PAGE 001                  COMPUTATION DATA             *     13:29:03
                          AS OF 06-27-2003

REGNO..: 14496-013 NAME: HARPER, DONALD ALTON

                                         DATE OF BIRTH: 11-11-1953
FBI NO...........: 61681SC3
ARS1.............: ENG/A-DES             QUARTERS.....: W09-036L
UNIT.............: WEST                  NOTIFICATIONS: NO
DETAINERS........: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  11-05-2017 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: KANSAS
DOCKET NUMBER...................: 93-20069-01
JUDGE...........................: VAN BEBBER
DATE SENTENCED/PROBATION IMPOSED: 03-28-1994
DATE COMMITTED..................: 05-19-1994
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00        $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO        AMOUNT: $6,166.00

-----------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 554
OFF/CHG: 18USC2113(A)&(D),18USC924(C)-BANK ROBBERY,USE & CARRY A
         FIREARM DURING THE COMMISSION OF A CRIME OF VIOLENCE

 SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   341 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 DATE OF OFFENSE................: 07-20-1992




G0002      MORE PAGES TO FOLLOW . . .
```

```
[illegible]                       SENTENCE MONITORING                 06-27-2003
PAGE [illegible] OF [illegible]   COMPUTATION DATA                    [illegible]
                                  AS OF 06-27-2003

REGNO..: [illegible] NAME: HARPER, DONALD ALTON

-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-23-2001 AT ENG AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 03-28-1994
TOTAL TERM IN EFFECT............:  341 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   28 YEARS      5 MONTHS
EARLIEST DATE OF OFFENSE........: 07-20-1992

JAIL CREDIT.....................:  FROM DATE     THRU DATE
                                   02-02-1993    03-27-1994

TOTAL PRIOR CREDIT TIME.........: 419
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1337
TOTAL GCT EARNED................: 540
STATUTORY RELEASE DATE PROJECTED: 11-05-2017
SIX MONTH /10% DATE.............: 05-05-2017
EXPIRATION FULL TERM DATE.......: 07-04-2021

TYPE OF HEARING.................: NOT ELIGIBLE

PROJECTED SATISFACTION DATE.....: 11-05-2017
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: RECOMPUTED SENTENCE TO REFLECT PROPER OFFENSE CODE OF 554
                RECOMPUTED SENTENCE TO CORRECT JUDGES NAME.




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

[illegible]

REG NO..............: [illegible] DATE OF BIRTH: [illegible]
CMI...............: FLF/A-DES
CUSTODY...........: D QUARTERS.....: I/B
THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 11-05-2017 VIA GCT REL

--------------------CURRENT JUDGMENT/WARRANT NO: 010 --------------------

COURT OF JURISDICTION...........: KANSAS
DOCKET NUMBER...................: 93-20089-01
JUDGE...........................: *Prosecutor R.S.* STREEPY ——→ *impersonate judge*
DATE SENTENCED/PROBATION IMPOSED: 03-22-1994
DATE COMMITTED..................: 05-19-1994
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $100.00 | $0.00 | $0.00 | $0.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $6,[illegible].00

--------------------CURRENT OBLIGATION NO: 010 --------------------
OFFENSE CODE....: 551
OFF/CHG: 18USC2113(A)&(D),18USC924(C)-BANK ROBBERY,USE & CARRY A
FIREARM DURING THE COMMISSION OF A CRIME OF VIOLENCE

SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 341 MONTHS
TERM OF SUPERVISION............: 5 YEARS
DATE OF OFFENSE................: 07-20-1993

[illegible] MORE PAGES TO FOLLOW