FILED
MAR 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DON ALTON HARPER,           )
                            )
        Petitioner,         )
                            )
    v.                      )    Case: 1:07-cv-00519
                            )    Assigned To : Unassigned
                            )    Assign. Date : 03/19/2007
U.S. ATTORNEY GENERAL'S     )    Description: HARPER V. US ATTORNEY GENERAL OFFICE
OFFICE,                     )
                            )
        Respondent.         )
_____)

## TRANSFER ORDER

This matter comes before the Court on review of a *pro se* petition for writ of habeas corpus and a motion to proceed *in forma pauperis*. Petitioner is incarcerated at FCI-Englewood in Littleton, Colorado. He is challenging the constitutionality of his conviction from the United States District Court for the District of Kansas.

Habeas corpus jurisdiction resides only in the district court where the prisoner is incarcerated *Rumsfeld v. Padilla*, 542 U.S. 426, 433 (2004). The warden where the petitioner resides is the custodian for purposes of habeas jurisdiction. *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1238 (D.C. Cir. 2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998). Accordingly, it is

**ORDERED** that the case is **TRANSFERRED** to the United States District Court for the District of Colorado. Whether petitioner should be permitted to proceed *in forma pauperis* is a

matter to be decided by the transferee court.

_____
United States District Judge

DATE: 3/8/07

Case 1:07-cv-00519-UNA   Document 3   Filed 03/19/2007   Page 2 of 2